UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ ADIBZADEH, <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY, CO. INC., et al., <br><br> Defendants. | Case No. 20-cv-06257-JSW <br><br> **JUDGMENT** |

Pursuant to the Court's Order dismissing this case, JUDGMENT is HEREBY ENTERED in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated:   March 1, 2021

_____
JEFFREY S. WHITE
United States District Judge